IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF/RESPONDENT

v.                      Civil No. 06-2005
                        Crim. No. 99-20028-001

THOMAS SCOTT CROSSLAND                                  DEFENDANT/MOVANT

### ORDER

Now on this 24th day of April 2006, comes on for consideration the movant's request for a certificate of appealability filed on April 10 2006 (Doc. #155), in the above styled case.

The court finds, for the reasons set forth in the Statement of Reasons for Denial of Certificate of Appealability filed concurrently herewith, that the said motion should be and hereby is denied.

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 24 2006

CHRIS R. JOHNSON, CLERK

BY
        DEPUTY CLERK