```
            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                          PLAINTIFF/RESPONDENT

    v.      CASE NO. 2:99cr20028

THOMAS SCOTT CROSSLAND                            DEFENDANT/PETITIONER

### ORDER

Now on this 6th day of July 2012, there comes on for consideration the Report and Recommendation filed herein on June 4, 2012, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 165). The parties did not file written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the Court finds Defendant's Motion for Relief From Judgment (doc. 164) should be deemed a second or successive 28 U.S.C. § 2255 motion and DISMISSED WITHOUT PREJUDICE until Defendant secures an order from the Eighth Circuit Court of Appeals authorizing this Court to consider the motion.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson  
                                      Honorable Robert T. Dawson  
                                      United States District Judge

**AO72A**  
**(Rev. 8/82)**